## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

**MICHAEL GRANT**                                                                 **PLAINTIFF**

**v.**                              **CASE NO.  2:24-CV-00135-BSM**

**CECIL LANGSTON**                                                              **DEFENDANT**

### JUDGMENT

Pursuant to the verdicts returned by the jury on May 13, 2026, following three days of trial, judgment is entered in favor of defendant, Cecil Langston, and plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 14th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE